IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BETTY BAIN, ET AL                                                                                    PLAINTIFFS

VS.                                                                         CIVIL ACTION NO. 4:04CV238LN

HOLLYWOOD MOVING & STORAGE, INC.                                          DEFENDANT

ORDER

On November 18, 2005, the court entered an order stating that this case would be dismissed for failure to prosecute unless plaintiff showed cause by December 9, 2005, why the case should not be dismissed. No response has been received, and it is hereby ORDERED AND ADJUDGED that this case be dismissed without prejudice.

ORDERED this the 13th day of December, 2005.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE